IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

RICHARD L. BENISH,                       )
                                         )
            Plaintiff,                   )              8:05cv283
                                         )
      vs.                                )        MEMORANDUM AND ORDER
                                         )
DOUGLAS COUNTY CORRECTIONS,  )
et al.,                                  )
                                         )
            Defendants.                  )


        This matter is before the court pursuant to Fed. R. Civ. P. 4(m) which establishes
a time limit for service of process on the defendant(s) in a civil case.  The court notified the
plaintiff of the deadline for service of process on the defendants in the court's Order on
Initial Review.  Because the plaintiff is proceeding in forma pauperis, the Clerk of Court
provided forms for service of process to the plaintiff to complete and return to the court so
that the U.S. Marshal could serve the defendants on the plaintiff's behalf.  Also in the Order
on Initial Review, the court notified the plaintiff that failure to effect timely service of process
could result, without further notice, in dismissal of some or all defendants without prejudice.
The deadline for service of process has expired, and the court's records show that the
plaintiff did not complete and return the summons forms previously provided to him so that
service of process could be accomplished.  As no defendant has been served,  the
plaintiff's complaint and the above-entitled action are dismissed without prejudice pursuant
to Fed. R. Civ. P. 4(m). A separate judgment will be entered accordingly.

        SO ORDERED.

        March 22, 2006.                  BY THE COURT:

                                         s/ *Richard G. Kopf*
                                         United States District Judge